THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KENNETH FRANK KREISA, Defendant-Appellant.

(No. 12234; )

Fourth District—December 30, 1974.

Opinion by Mr. JUSTICE SMITH.

Marvin H. Gesell, Public Defender, of Bloomington, for appellant.

Paul R. Welch, State's Attorney, of Bloomington, and Steven M. Helm, Senior Law Student, for the People.